1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO.** |
| | : | |
| **JEFFREY REED** | : | **VIOLATIONS:** |
| | : | |
| Defendant. | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in** |
| | : | **a  Restricted Building or Grounds)** |
| | : | **18 U.S.C. § 1752(b)(1)(A)** |
| | : | **(Entering and Remaining in a** |
| | : | **Restricted Building or Grounds** |
| | : | **with Deadly or Dangerous** |
| | : | **Weapon)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in** |
| | : | **a Capitol Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing** |
| | : | **in a Capitol Building)** |
| | : | **18 U.S.C. § 231(a)(3)** |
| | : | **(Obstruction of Law Enforcement** |
| | : | **During Civil Disorder)** |

## **ORDER**

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, serious jeopardy to the investigation, and the compelling privacy interest of Jefferey Reed, the United States has established that a compelling interest exists to justify the requested sealing.

IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed upon the defendant.

IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrants until they are both executed.

Date: 06/28/2023

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE