AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Jeffrey Reed<br><br>_____<br>*Defendant* | )  )  )  )  )  )  )    Case: 1:23–mj–00148<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 6/28/2023<br>Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Jeffrey Reed _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ☒ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or remaining in an restricted building or grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or disruptive conduct in, a restricted building or grounds;
18 U.S.C. § 1752(b)(1)(A)-Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(D) - Disorderly conduct in a capitol building;
40 U.S.C. § 5104(e)(2)(G)-Parading, Demonstrating, or Picketing in a Capitol Building;
18 U.S.C. § 231(a)(3)-Civil Disorder.

Date:     06/28/2023

Digitally signed by G.
Michael Harvey
Date: 2023.06.28
10:52:34 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 06/28/2023 , and the person was arrested on *(date)* 06/29/2023<br>at *(city and state)* Rosanky, Texas .<br><br>Date: 06/29/2023<br><br>_____<br>*Arresting officer's signature*<br><br>Susana Haberman, Special Agent<br>*Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jeffrey Reed

Known aliases: _____

Last known residence: 3628 S. Highway 304, Rosanky, TX 78953

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: *Patriot Erectors*

Last known telephone numbers: _____

Place of birth: *Mississippi*

Date of birth: 2/16/1975

Social Security number: *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*

Height: *5'7*                              Weight: *170*

Sex: *Mail*                               Race: *White*

Hair: *Brown*                             Eyes: *Brown*

Scars, tattoos, other distinguishing marks: *Upper Arms, 111% Tattoos on both hands*

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: *645581HC8*

Complete description of auto: _____

Investigative agency: FBI

Investigative agency address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____