NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                  Criminal Number  1:23-MJ-00148-GMH-1

**JEFFREY REED**
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Charlotte A. Herring /Texas 24064026
(Attorney & Bar ID Number)

Federal Public Defender
(Firm Name)

504 Lavaca St., Ste. 960
(Street Address)

Austin                TX              78701
(City)               (State)          (Zip)

(512) 916-5025
(Telephone Number)